**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 441-4717

Attorney for Angel Giovani Beltran

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 20-CR-0011-JAM |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO** SET NEW JUDGEMENT AND SENTENCING DATE & NEW DISCLOSURE SCHEDULE |
| ANGEL GIOVANI BELTRAN, ) | DATE: November 2, 2021 Time: 9:30 am |
| Defendant. ) | COURT: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, ANGEL GIOVANI BELTRAN, that the previously scheduled status for sentencing date of November 2, 2021, be vacated and the matter set for sentencing on January 11, 2022, at 9:30am.

    This continuance is requested to allow defendant to be interviewed by probation and research some background guideline issues. I have contacted Mr. Lee and Ms. McFarland and they have no objection to the new sentencing date.

    In light of the above request, the following revised sentencing schedule is requested: Judgement and Sentencing – January 11, 2022; Reply or Statement of Non Opposition to Motion to Correct PSR January 4, 2022; Formal Objections/Motion to Correct PSR due December 28, 2021; Probation Report and Response to Informal Objections due December 21, 2021; and Informal Objections due December

14, 2021.  The draft PSR will be disclosed to counsel no later than November 30, 2021.

Dated: October 27, 2021                                     Respectfully submitted.

   /s/ Kyle R. Knapp
Kyle R. Knapp
Attorney for Defendant Angel Giovani Beltran

Dated: October 27, 2021                                     Respectfully submitted.

   /s/ Justin Lee
Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  October 27, 2021                                    /s/ John A. Mendez
                                                            THE HONORABLE JOHN A. MENDEZ
                                                            UNITED STATES DISTRICT COURT JUDGE