UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 11, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGEL GIOVANI BELTRAN

    Defendant.

Case No. 2:20-CR-00011-JAM-4

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANGEL GIOVANI BELTRAN – Case No.: 2:20-CR-00011-JAM-4; Charge: 21 U.S.C. §§ 846, 841(a)(1) – from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

__X__ (Other): Defendant sentenced to a term of imprisonment of TIME SERVED.

Issued at Sacramento, California on January 11, 2022 at 10:37 AM.

By: _____
John A. Mendez, U.S. District Court Judge